IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE COLLIERS, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GARY GENSLER, | : | No. 21-3863 |
| *Defendant* | : | |

## ORDER

AND NOW, this 26th day of October, 2023, upon consideration of the SEC's Motion for Summary Judgment (Doc. No. 17), the responses and replies thereto (Doc. No. 26, 27, 28, 35, 37, 43, and 44), the oral argument held on September 22, 2023, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **GRANTED** as to Counts III, IV, V, and VI and **DENIED** as to Counts I and II.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1